ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ESTEBAN ABREGO-BANOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-373 AWI/BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| ESTEBAN ABREGO-BANOS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing in the instant action, currently calendared for June 3, 2013, be continued to July 1, 2013 at 10:00 a.m. in the courtroom of the Hon. Anthony W. Ishii.

The continuance is based on the defendant's transfer from Fresno to Lerdo before he could be interviewed and timing of his interview at the United States Marshal's Office on a Wednesday.

The continued sentencing date would result in the following revision of deadlines related to the rescheduled sentencing hearing:

Objections Due to Probation & AUSA by June 10, 2013, and Objections Filed With Court and Served on USPO and AUSA by June 24, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A). Interests of the defendant outweigh the interests of the public with the good

1

cause finding.

DATED: April 8, 2013              /s/ Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Montoya in person on April 8, 2013**

DATED: April 8, 2013              /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  ESTEBAN ABREGO-BANOS

IT IS SO ORDERED.

Dated:   April 9, 2013
                                  _____
                                  SENIOR DISTRICT JUDGE

2